Jonathan G. Brinson (#025045)
jbrinson@polsinelli.com
**POLSINELLI PC**
CityScape
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033

*Attorneys for Plaintiff JDA Software, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JDA Software, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Sabert Holding Corp.,<br><br>Defendant. | Case No. 2:17-cv-00373-PHX-HRH<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT SABERT HOLDING CORP.'S MOTION TO DISMISS OR STAY ACTION PENDING RESOLUTION OF PENDING ARBITRATION** |

The parties, by and through undersigned counsel, hereby stipulate that Plaintiff JDA Software, Inc. may have an extension of time to file its Response to Defendant Sabert Holding Corp.'s Motion to Dismiss or Stay Action Pending Resolution of Pending Arbitration until Friday, March 24, 2017

The parties also stipulate that Defendant Sabert Holding Corp. has until Monday, April 3, 2017, to file their Reply submission.

. . .

. . .

. . .

Dated this 22nd day of March, 2017.

**POLSINELLI PC**

By: /s/ *Jonathan G. Brinson*
Jonathan G. Brinson
One East Washington Street, Ste. 1200
Phoenix, Arizona 85004
*Attorneys for Plaintiff JDA Software, Inc.*

**PARKER SCHWARTZ, PLLC**

By: /s/ *Ira M. Schwartz (w/permission)*
Ira M. Schwartz
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
*Attorneys for Defendant Sabert Holding Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2017, I electronically filed the foregoing with the Clerk of the Court and served a copy of the same upon all parties by using the CM/ECF system.

By: *__/s/ R. Autrey____________________*