Jonathan G. Brinson (#025045)
jbrinson@polsinelli.com
**POLSINELLI PC**
CityScape
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033

*Attorneys for Plaintiff JDA Software, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

JDA Software, Inc.,

Plaintiff,

vs.

Sabert Holding Corp.,

Defendant.

Case No. 2:17-cv-00373-PHX-HRH

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, by and through undersigned counsel, hereby stipulate to dismiss, with prejudice, the above-captioned action. Each party shall bear its own attorney fees and costs.

. . .

. . .

Dated this 29th day of March, 2018.

**POLSINELLI PC**

By: */s/ Jonathan G. Brinson*
Jonathan G. Brinson
One East Washington Street, Ste. 1200
Phoenix, Arizona 85004
*Attorneys for Plaintiff JDA Software, Inc.*

**PARKER SCHWARTZ, PLLC**

By: */s/ Ira M. Schwartz (with permission)*
Ira M. Schwartz
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
*Attorneys for Defendant Sabert Holding Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2018, I electronically filed the foregoing with the Clerk of the Court and served a copy of the same upon all parties by using the CM/ECF system.

By: */s/ Dawn M. Coppens*