IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JDA SOFTWARE, INC.,<br>Plaintiff,<br>vs.<br>SABERT HOLDING CORPORATION,<br>Defendant. | No. 2:17-cv-0373-HRH |

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal with Prejudice*,[1] filed March 29, 2018, this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this 30th day of March, 2018.

/s/ H. Russel Holland
United States District Judge

[1]Docket No. 22.